# Court of Appeals
# of the State of Georgia

ATLANTA, January 13, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0706. WILLIE FLETCHER v. THE STATE.**

In 2012, a jury found Willie Fletcher guilty of armed robbery, aggravated assault, and possession of a firearm during the commission of a felony. The trial court placed the final charge against Fletcher, possession of a firearm by a convicted felon, on the dead docket. Following entry of his sentence, Fletcher filed a motion for new trial. On April 5, 2021, the trial court denied Fletcher's motion for new trial, and Fletcher filed this appeal. We, however, lack jurisdiction.

In *Seals v. State*, 311 Ga. 739, 741 (2) (860 SE2d 419) (2021), the Supreme Court determined that a criminal case in which charges have been dead-docketed is non-final for purposes of appeal. Accordingly, in order to appeal the denial of his motion for new trial, Fletcher was required to comply with the interlocutory appeal procedure and obtain a certificate of immediate review. Id.; OCGA § 5-6-34 (b). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/13/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.